ACCEPTED
14-15-00526-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 3:39:37 PM
CHRISTOPHER PRINE
CLERK

# IN THE
# FOURTEENTH COURT OF APPEALS
# OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/14/2015 3:39:37 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **VINCENT EDWARD BROUSSARD** | § | **CASE NO. 14-15-00526CR** |
| | § | **CASE NO. 14-15-00527CR** |
| | § | |
| **VS.** | § | On Appeal From Harris County |
| | § | Cause No. 1444909 & |
| | § | Cause No. 1447644 |
| | § | 184TH District Court |
| **THE STATE OF TEXAS** | § | |

## APPELLANT'S MOTION
## TO EXTEND TIME TO FILE APPELLATE BRIEF

Appellant, Vincent Edward Broussard, moves for an extension of time to file his appellate brief, under TEX. R. APP. P. 10.5(b).

## I.  TRIAL COURT PROCEEDINGS

On June 4, 2015, a judge sentenced Mr. Broussard to 45 years and 45 years in the Institutional Division, TDCJ, after guilty pleas to two charges of aggravated robbery-deadly weapon.  Defendant filed notice of appeal on June 4, 2015.

## II.  PROCEEDINGS IN THIS COURT

The Appellant's brief was due October 12, 2015.  One  previous extension has been requested.

## III.

Since the record was completed, counsel has filed a brief in Eric Samuel Tucker v. State, Cause No. 01-15-00274-CR, and has been working to complete a brief in Mayer v. State, Cause No. 14-14-01011-CR, which is subject to abatement. Counsel also has

researched and prepared a response to the state's motion for the juvenile court to waive jurisdiction after a reversal and remand on appeal in Guerrero v. State, Cause No. 14-13-00101-CR, for a hearing that ultimately was reset. Counsel also has five other briefs and one petition for discretionary review this month

IV.

In the exercise of due diligence, counsel was unable to complete the brief by the deadline, and needs an additional 30 days to file it. This motion is not filed for purposes of delay, but so that justice may be done.

PRAYER

Appellant respectfully requests that this motion be granted and that the Court permit an extension of time until November 12, 2015 to file Appellant's brief.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief Public Defender
Harris County Texas

/s/ Cheri Duncan

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County Texas
SBN 06210500
1201 Franklin, 13th Floor
Houston Texas 77002
(713) 368-0016
(713) 368-9278 (Fax)
cheri.duncan@pdo.hctx.net

Attorney for Appellant,
Vincent Edward Broussard

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of Appellant's Motion to Extend Time to File Appellate Brief was served electronically on the Appellate Division of the Harris County District Attorney's Office, 1201 Franklin St, 6th Floor, Houston, TX on October 14, 2015.

*/s/ Cheri Duncan*

**CHERI DUNCAN**